UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAK DABBAGUI, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:16-cv-2739-B-BN |
| HALLIBURTON ENERGY SERVICE, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

This case is accordingly **TRANSFERRED** to the Western District of Oklahoma under 28 U.S.C. § 1406(a).

**SO ORDERED.**

**DATE: NOVEMBER 15, 2016**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE