# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZAK DABBAGUI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-16-1304-M ) |
| HALLIBURTON ENERGY SERVICES, | ) ) |
| Defendant. | ) |

## ORDER

On March 2, 2017, this Court entered an order directing plaintiff to serve defendant and file the proof of service on or before March 27, 2017 and advising plaintiff that if service is not effected, and proof of service filed, by March 27, 2017, the Court shall dismiss this action without prejudice. A review of the file reveals that no proof of service has been filed. Accordingly, the Court DISMISSES this action without prejudice.

**IT IS SO ORDERED this 28th day of March, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE